**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Delmi Bamaca Zacarias, | No. CV-26-02336-PHX-SPL (ASB) |
| Petitioner, | **ORDER** |
| v. | |
| Christopher McGregor, et al., | |
| Respondents. | |

On April 6, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 1.) Petitioner asserted that she was previously released from immigration proceedings and redetained without due process. The Court directed Respondents to show cause why the Petition should not be granted. (Doc. 5.) In their Response, Respondents state:

> Respondents hereby respond to the Petition for Writ of Habeas Corpus, (Doc. 1), and the Court's Order to Show Cause (Doc. 5). Respondents do not oppose Petitioner's habeas petition and the relief requested for release from custody.

(Doc. 8.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition as to her request for immediate release from U.S. Department of Homeland Security ("DHS") custody.

Accordingly,

**IT IS ORDERED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) is **granted** as to her request for immediate release from DHS custody.  The remainder of the Petition is denied as moot.

**IT IS FURTHER ORDERED** that Respondents shall **immediately** release Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that Respondents shall provide a notice of compliance within two days of releasing Petitioner from DHS custody.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 14th day of April, 2026.

Honorable Steven P. Logan
United States District Judge

- 2 -